UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00055-MOC

| | | |
|---|---|---|
| VANCE CAULKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | REVISED |
| Vs. | ) | ORDER |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for Extension of Time to File Motion for Summary Judgment. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Extension of Time to File Motion for Summary Judgment (#7) is GRANTED, the plaintiff is allowed up to and inclusive of July 15, 2015, to file his Motion for Summary Judgment and defendant is allowed up to and inclusive of September 13, 2015, to file her motion.

Signed: July 17, 2015

Max O. Cogburn Jr.
United States District Judge

-1-